IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONNIE R. WALES,  )  <br>  ) <br> Plaintiff,  ) <br>  ) Civil Action No. 05-1067 <br> v.  ) <br>  ) Judge Gary L. Lancaster <br> COLUMBIA GAS OF PENNSYLVANIA,  ) <br> INC./COLUMBIA GAS OF MARYLAND,  ) <br> INC., AND NiSOURCE, INC.,  ) <br> Defendants.  ) | |

### ORDER OF COURT

AND NOW, this 28th day of July, 2006, upon consideration of, and pursuant to, the foregoing Stipulation of Dismissal With Prejudice, it is hereby ORDERED that Civil Action No. 05-1067 is dismissed in its entirety with prejudice, with each party to bear his and its own costs, expenses, and attorneys' fees.

_____
United States District Judge